# APPENDIX.

## OPINIONS PER CURIAM.

JOEL WINANS v. WILLIAM MANNING *et al.* No. 11,602. (61 Pac. 393.) Error from Neosho district court. Opinion filed June 9, 1900. *Affirmed.* C. A. Cox, for plaintiff in error. J. L. Dennison, for defendants in error.

O. P. DICKINSON v. JOSEPH S. BALES *et al.* No. 11,610. (61 Pac. 403.) Error from Greenwood district court. Opinion filed June 9, 1900. *Affirmed.* R. P. Kelley, for plaintiff in error. J. B. Clogston, and Lew. E. Clogston, for defendants in error.

GEORGE A. CASE v. THE CHEROKEE LANYON SPELTER COMPANY. No. 11,634. (61 Pac. 1130.) Error from Crawford district court. Opinion filed June 9, 1900. *Affirmed.* S. E. Cheeseman, J. R. Sapp, and B. S. Gaitskill, for plaintiff in error. Morris Cliggitt, for defendant in error.

SARAH E. MEADOR, *Administratrix*, v. THE MISSOURI PACIFIC RAILWAY COMPANY. No. 11,639. (61 Pac. 442.) Error from Leavenworth district court. Opinion filed June 9, 1900. *Reversed.* Kelso & Van Tuyl, for plaintiff in error. Waggener, Horton & Orr, for defendant in error.

EMIL WERNER v. ROSA WERNER *et al.* No. 11,642. (61 Pac. 1131.) Error from Sedgwick district court. Opinion filed June 9, 1900. *Affirmed.* Dyer & Davis, for plaintiff in error. Stanley, Vermilion & Evans, for defendants in error.

JOHN C. DOUGLAS v. LENA DE WITT MUSE *et al.* No. 11,643. (61 Pac. 413.) Error from Wyandotte district court. Opinion filed June 9, 1900. *Reversed.* True & True, and Hutchings & Keplinger, for plaintiff in error. Waters & Waters, for defendants in error.

J. D. DELAPLANE v. THOMAS MARSHALL *et al.* No. 11,648. (61 Pac. 1131.) Error from Lyon district court. Opinion filed June 9, 1900. *Affirmed.* J. A. Smith, for plaintiff in error. Buck & Spencer, and Madden Bros., for defendants in error.

PETER A. HANSEN *et al.* v. ALBERTA DUNHAM. No. 11,654. (61 Pac. 394.) Error from Johnson district court. Opinion filed June 9, 1900. *Affirmed.* A. Smith Devenney, for plaintiffs in error. I. O. Pickering, for defendant in error.

THE CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY v. JOHN FERNIE. No. 11,635. (61 Pac. 1131.) Error from court of appeals, southern department. Opinion filed July 7, 1900. *Reversed.* M. A. Low, and W. F. Evans, for plaintiff in error. D. H. Martin, and S. W. Leslie, for defendant in error.